

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00080-CV

———————————————

TARRANT COUNTY COMMISSIONERS COURT, B. GLEN WHITLEY, GARY FICKES, AND J.D. JOHNSON, Appellants

V.

SERGIO DELEON, LISA WOODARD, ROBERT J. MCGINTY, PEDRO MUNOZ, SANDRA LEE, MICHAEL CAMPBELL, DEVAN ALLEN, DEBRA STURNS, KELICIA LYONS, FRANCIS DELEON, DEBORAH SPELL, AND ALLISON CAMPOLO, Appellees

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-330736-21

Before Sudderth, C.J.; Bassel, Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellants' "Unopposed Motion to Render [a] Judgment of Dismissal."[1] We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Pursuant to the parties' agreement, each party must bear its own costs. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: December 22, 2022

---

[1]Appellants' motion indicates that certain intervening actions have rendered this case moot.